

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00300-CV

**IN THE INTEREST OF E.L.M.H., A CHILD,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-244
Honorable Cathy Morris, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to August 21, 2017. No further extensions of time will be considered absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk